[No. 32300-5-III. Division Three. October 14, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN RUSSELL ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-01148-6, M. Karlynn Haberly, J., entered January 9, 2013. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 31022-1-III. Division Three. October 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID HENRY ENDRES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01784-0, David A. Elofson, J., entered July 24, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 31390-5-III. Division Three. October 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. AHMIN R. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 12-1-00231-1, Christopher E. Culp, J., entered January 9, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 31597-5-III. Division Three. October 16, 2014.]

*In the Matter of the Marriage of* DEBRA MICHELLE ALDRIDGE, *Respondent*, and WILLARD D. ALDRIDGE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 09-3-00572-7, Lesley A. Allan, J., entered March 28, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Korsmo, J.